**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NUMBER 3:25-cv-00166-CHB-CHL**
***ELECTRONICALLY FILED***

**BERRYTOWN APARTMENTS**
**ASSOCIATES LTD.**

**AND**

**LYNNE ACRES ASSOCIATES,**
**A KENTUCKY LIMITED PARTNERSHIP**                         **PLAINTIFFS**

**-vs-**

**NATIONWIDE ASSURANCE COMPANY**                         **DEFENDANT**

---

**MOTION TO BIFURCATE AND STAY DISCOVERY**

---

Comes now the Defendant, Nationwide Assurance Company, **(**hereinafter "Nationwide"**),** by and through counsel, and hereby moves this Court for an Order bifurcating the Plaintiffs' common law and statutory bad faith claims for violation of the Kentucky Unfair Claims Settlement Practices Act (KUCSPA) from the underlying contractual claim brought against Defendant Nationwide. Furthermore, this Defendant respectfully requests that discovery pertaining to the bifurcated claims be held in abeyance pending resolution of the underlying contractual claim. In support of this motion, this Defendant submits its memorandum of law, which is incorporated herein and attached hereto.

Respectfully submitted,

*/s/ Darrin W. Banks*
Darrin W. Banks
Attorney for: Nationwide Assurance Company
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main St., P.O. Drawer 1767

Paintsville, Kentucky 41240
606-789-3747
606-314-0417

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed using the Court's E-Filing system which will send electronic notice to the following on this the 27th day of June 2025:

Hans G. Poppe
The Poppe Law Firm
8700 Westport Road,  Suite 201
Louisville, KY 40242
hans@poppelawfirm.com
*Co-Counsel for Plaintiffs*

Matthew R. Pearson
Lisa S. Greenberg
Pearson Legal, P.C.
425 Soledad Street, Suite 600
San Antonio, TX 78205
mpearson@pearsonlegalpc.com
LGReenberg@pearsonlegalpc.com
*Co-Counsel for Plaintiffs*

*/s/ Darrin W. Banks*
Darrin W. Banks