**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NUMBER 3:25-cv-00166-CHB-CHL**


**BERRYTOWN APARTMENTS**
**ASSOCIATES LTD.**

**AND**

**LYNNE ACRES ASSOCIATES,**
**A KENTUCKY LIMITED PARTNERSHIP**                                    **PLAINTIFFS**

**-vs-**

**NATIONWIDE ASSURANCE COMPANY**                                    **DEFENDANT**

---

**AGREED ORDER ON PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO**
**BIFURCATE AND STAY DISCOVERY (DKT. 20)**

---

This matter coming before the Court by agreement of the parties, it is **HEREBY**

**ORDERED** as follows:

1.      No later than **July 25, 2025**, counsel for Plaintiff shall file a Response Brief to

Defendants' Motion to Bifurcate and Stay Discovery (Dkt. 20). Replies shall be due in accordance

with the local rules.

The remaining deadlines set forth in the Court's Scheduling Order (Dkt. 19) will be

unaltered by this Order.

IT IS SO ORDERED

July 21, 2025

Colin H Lindsay, Magistrate Judge

United States District Court