UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NUMBER 3:25-cv-00166-CHB-CHL

**ELECTRONICALLY FILED**

BERRYTOWN APARTMENTS
ASSOCIATES LTD.; and

LYNNE ACRES ASSOCIATES,
A KENTUCKY LIMITED PARTNERSHIP                                    PLAINTIFFS

v.

NATIONWIDE ASSURANCE COMPANY                                    DEFENDANT

---

## JOINT NOTICE OF SETTLEMENT

---

Comes the Plaintiffs and Defendant, jointly, by and through their respective counsel, and hereby notify the Court that the Parties have reached an agreement to resolve the claims in this action. The Parties expect to finalize their settlement within the next forty-five (45) days and will tender an Agreed Order of Dismissal on or before the expiration of that time.

Dated: this 18th day of December 2025.

Respectfully submitted,

PORTER, BANKS, BALDWIN & SHAW, PLLC

/s/ Darrin W. Banks                                    .
Darrin W. Banks
327 Main Street, P.O. Box 1767
Paintsville, Kentucky 41240
Telephone: (606) 789-3747
Fax:  (606) 314-0417
dbanks@psbb-law.com
*Counsel for Defendant, Nationwide Assurance Company*

1

AND

PEARSON LEGAL, P.C.

*/s/  Lisa S. Greenberg (by D. Banks with permission
 12/18/2025)*
Matthew R. Pearson. – *Pro Hac Vice*
Lisa S. Greenberg  – *Pro Hac Vice*
5610 Ward Road, Suite 300
Arvada, Colorado 80002
Telephone: (720) 445-4565
Email: mguerra@pearsonlegalpc.com
*Counsel for Plaintiffs, Berrytown Apartments
Associates Ltd.; and Lynne Acres Associates*

AND

Hans G. Poppe
The Poppe Law Firm
8700 Westport Road,  Suite 201
Louisville, KY 40242
Telephone:  (502) 895-3400
Email:  hans@poppelawfirm.com
Co-*Counsel for Plaintiffs, Berrytown Apartments
Associates Ltd.; and Lynne Acres Associates*