UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| BERRYTOWN APARTMENTS ASSOCIATES, LTD., *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:25-CV-00166-CHB |
| v. | ) ) | **ORDER** |
| NATIONWIDE ASSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Joint Notice of Settlement, [R. 28], which advises that a settlement has been reached in this matter. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's **ACTIVE DOCKET**.

2. The parties **SHALL** tender an agreed order dismissing this case with prejudice within forty-five (45) days of the entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

This the 19th day of December, 2025.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record