UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NUMBER 3:25-cv-00166-CHB-CHL

**\*\*ELECTRONICALLY FILED\*\***

BERRYTOWN APARTMENTS
ASSOCIATES LTD.; and

LYNNE ACRES ASSOCIATES,
A KENTUCKY LIMITED PARTNERSHIP                                    PLAINTIFFS

v.

NATIONWIDE ASSURANCE COMPANY                                       DEFENDANT

---

## AGREED ORDER OF DISMISSAL

---

The Plaintiffs, BERRYTOWN APARTMENTS ASSOCIATES LTD.; and LYNNE ACRES ASSOCIATES, A KENTUCKY LIMITED PARTNERSHIP, and the Defendant, NATIONWIDE ASSURANCE COMPANY, having advised the Court they have fully and finally settled all claims by and between themselves, raised, or could have been raised, herein, to their complete and mutual satisfaction, and the Court being fully and sufficiently advised

**IT IS HEREBY ORDERED** and **ADJUDGED** that all claims raised, or could have been raised, by and between the Plaintiffs, BERRYTOWN APARTMENTS ASSOCIATES LTD.; and LYNNE ACRES ASSOCIATES, A KENTUCKY LIMITED PARTNERSHIP, and the Defendant, NATIONWIDE ASSURANCE COMPANY, shall be and are hereby **ORDERED DISMISSED**, with prejudice, as settled with each party to bear their respective costs.  There being no just reason for delay, this is adjudicated a **FINAL ORDER**.

1

The Plaintiffs, BERRYTOWN APARTMENTS ASSOCIATES LTD.; and LYNNE ACRES ASSOCIATES, A KENTUCKY LIMITED PARTNERSHIP, individually and by counsel, acknowledges to the Court receipt in full of the amounts agreed upon in settlement hereof.

**IT IS FURTHER ORDERED** that settlement, having concluded all claims of the subject litigation, the Clerk of the Court is hereby directed to remove this case from the Court's active docket and filed away.

**SO ORDERED** this _____day of _____, 2026.

_____
U.S. DISTRICT COURT JUDGE
WESTERN DISTRICT OF KENTUCKY -
 LOUISVILLE DIVISION

**SEEN AND AGREED TO BY:**

*Lisa Greenberg*
_____
LISA S. GREENBERG
*Attorney for Plaintiffs, Berrytown Apartments*
*Associates Ltd.; and Lynne Acres Associates*

_____
DARRIN W. BANKS
*Counsel for Defendant, Nationwide Assurance Company*

2

**DISTRIBUTION:**

Hans G. Poppe, Esq.
The Poppe Law Firm
8700 Westport Road,  Suite 201
Louisville, KY 40242

Matthew R. Pearson, Esq. – *Pro Hac Vice*
Lisa S. Greenberg, Esq.  – *Pro Hac Vice*
Pearson Legal, P.C.
425 Soledad Street, Suite 600
San Antonio, TX 78205

Darrin W. Banks, Esq.
Porter, Banks, Baldwin & Shaw, PLLC
P.O. Drawer 1767
Paintsville, KY 41240

_____
CLERK'S INITIALS AND DATE