UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| BERRYTOWN APARTMENTS ASSOCIATES, LTD., *et al.* | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 3:25-CV-00166-CHB |
| v. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONWIDE ASSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal, [R. 30], of each of Plaintiffs' claims against the defendant with prejudice and is signed by counsel for all of parties who have appeared.  The Court will construe the Agreed Order as a Stipulation of Dismissal by the plaintiff pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Agreed Order of Dismissal, [**R. 30**], is **GRANTED**.

2.  This matter is **DISMISSED WITH PREJUDICE**, and all dates and deadlines are hereby **VACATED**.  Each party **SHALL** bear its own costs and fees.

This the 23rd day of January, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record